UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 05 CR 1 0 1 0 4 MLW |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | Violations: 18 U.S.C. § 287 (False Claims for Refunds) |
| JOSHUA T. ANDUJAR | ) | 18 U.S.C. § 1028(a)(7) (Identity Theft) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**INDICTMENT**

**COUNTS ONE through TWENTY-ONE**

**(False Claims for Refunds: 18 U.S.C. § 287)**

The Grand Jury charges:

1. That on or about the dates listed below, in the District of Massachusetts, the defendant, JOSHUA T. ANDUJAR, a resident of Fitchburg, Massachusetts, knowingly made and presented, and caused to be made and presented, to the Internal Revenue Service, an agency of the Department of the Treasury, claims against the United States for payment, which he knew to be materially false, fictitious or fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, what purported to be federal income tax returns for the individuals named below, wherein claims for income tax refunds for the amounts listed below were made, knowing such claims to be materially false, fictitious, or fraudulent.

| Count | Name | Filing Date | Tax Year | Amount Claimed |
|---|---|---|---|---|
| 1 | Ramon Batista | 5/1/02 | 2001 | $5,432.00 |
| 2 | William Cotto | 4/5/02 | 1999 | $3,303.00 |
| 3 | Elizabeth DelValle | 9/25/02 | 2001 | $4,043.00 |

| Count | Name | Filing Date | Tax Year | Amount Claimed |
|---|---|---|---|---|
| 4 | Luis Escalera-Verdejo | 1/22/02 | 2000 | $2,266.00 |
| 5 | Luis Escalera-Verdejo | 4/15/02 | 2001 | $2,422.00 |
| 6 | Maria Garcia | 12/17/01 | 2000 | $2,277.00 |
| 7 | Maria Garcia | 4/14/02 | 2001 | $2,408.00 |
| 8 | Maria Garcia | 4/15/03 | 2002 | $4,033.00 |
| 9 | Efrain Pantojas-Ramos | 9/30/02 | 2000 | $2,372.00 |
| 10 | Efrain Pantojas-Ramos | 7/30/02 | 2001 | $2,381.00 |
| 11 | Efrain Pantojas-Ramos | 4/15/03 | 2002 | $2,536.00 |
| 12 | Jose Reyes-Ramos | 3/27/02 | 1999 | $2,244.00 |
| 13 | Jose Reyes-Ramos | 1/7/02 | 2000 | $2,246.00 |
| 14 | Jose Reyes-Ramos | 4/15/02 | 2001 | $4,008.00 |
| 15 | Danixa Rivera-Merced | 3/20/02 | 2000 | $2,246.00 |
| 16 | Danixa Rivera-Merced | 3/17/02 | 2000 | $2,306.00 |
| 17 | Danixa Rivera-Merced | 4/15/02 | 2001 | $5,316.00 |
| 18 | Jaclyn Roldan | 4/26/02 | 2000 | $2,276.00 |
| 19 | Jaclyn Roldan | 4/15/02 | 2001 | $5,429.00 |
| 20 | Joel Serrano | 4/3/02 | 2000 | $2,248.00 |
| 21 | Joel Serrano | 4/15/02 | 2001 | $5,517.00 |

All in violation of Title 18, United States Code, Section 287.

**COUNTS TWENTY-TWO and TWENTY-THREE**

**(Identity Theft: 18 U.S.C. § 1028(a)(7))**

The Grand Jury further charges:

2. That on or about the dates listed below, in the District of Massachusetts, the defendant, JOSHUA T. ANDUJAR, a resident of Fitchburg, Massachusetts, did knowingly

transfer and use, in or affecting interstate commerce, without lawful authority, a means of identification of another person, to wit, the names and social security numbers listed below, with the intent to commit unlawful activity that constitutes a violation of Federal law, to wit, the submission of false claims for refunds to the Internal Revenue Service in violation of 18 U.S.C. § 287, and the means of identification were transported in the mail in the course of such transfer and use, and by such conduct the defendant obtained items of value aggregating $1,000 or more during a one year period.

| Count | Name | SSN | Date | Amount |
|---|---|---|---|---|
| 22 | E.P. | xx-xx-0775 | 7/30/02 | $2,381.00 |
| 23 | J.R. | xx-xx-6907 | 1/7/02 | $2,246.00 |

All in violation of Title 18, United States Code, Section 1028 (a) (7).

NOTICE OF ENHANCED PENALTIES

The Grand Jury further charges:

3. That the defendant, JOSHUA T. ANDUJAR, committed the offenses charged in Counts One through Twenty-three of this Indictment while on supervised release for prior federal offenses, thereby subjecting him to an enhanced penalty of up to ten years pursuant to Title 18, United States Code, Section 3147.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

DISTRICT OF MASSACHUSETTS April 14, 2005 @ 2:25PM

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10104 MLW

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** II **Investigating Agency** IRS

**City** Andover

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. No Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Joshua T. Andujar Juvenile ☐ Yes ☒ No

Alias Name ______

Address 21 Roxbury Street, Worcester, MA 01607

Birth date (Year only): 1961 SSN (last 4 #): 5500 Sex M Race: B Nationality: US

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Michael J. Pineault** **Bar Number if applicable** ______

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______ .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 23

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date: April 14, 2005** **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): ______

Name of Defendant Joshua T. Andujar

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 287 | False Claims for Refunds | 1-21 |
| Set 2 | 18 U.S.C. § 1028(a)(7) | Identity Theft | 22-23 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: