UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 1:05-cr-10104

JOSHUA ANDUJAR

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, ANDUJAR

[X]   states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ]   waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.*

April 18, 2005
Date

Attorney for the Defendant

*PARTIES SHALL MEET PRIOR TO THE INITIAL STATUS CONFERENCE IN ORDER TO RESPOND TO THE INQUIRIES OF THE INITIAL STATUS CONFERENCE QUESTIONAIRE.

RECEIVED
Clerk's Office
USDC, Mass.
Date 4-19-05
By
Deputy Clerk