AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSHUA T. ANDUJAR

**WARRANT FOR ARREST**

CASE NUMBER: 05CR10104MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSHUA T. ANDUJAR
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
making false claims for refunds, and identity theft



in violation of
Title
Name of Issuing Officer

Signature of Issuing Officer

United States Code, Section(s)   287 and 1028(a)(7)

Supervisor
Title of Issuing Officer

4-15-05
Date and Location

Bail fixed at $ _____   by _____
                                        Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | WARRANT EXECUTED BY IRS NAME AND TITLE OF ARRESTING OFFICER ARREST WARRANT RETURNED UPON THE DEFENDANT ON 4/18/05 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.