UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

       v.

JOSHUA T. ANDUJAR,
         Defendant.

Case Number: 1:05-cr-10104-1

MOTION FOR RELEASE OF COPY OF PSR

N O W   C O M E S Joshua T. Andujar, by his counsel, Kevin L. Barron, and moves for an order allowing probation to release a copy of the PSR in *USA v. Joshua T. Andujar*, Case No. 1:00-cr-10036-NG. The contents of that PSR are necessary for a motion under 18 USC §3145 to revise the Court's May 20, 2005 detention order. The PSR will contain information about the defendant's mental status, the revocation of his pretrial release and former drug use. All the foregoing are instances of past conduct on release cited in the May 20, 2005 order as reasons to detain Mr. Andujar. Counsel has spoken to Allison Lorimer Crews, Deputy Chief of Probation, and she reports that Probation does not oppose the relief requested so long as the PSR is released under order and is used for lawful purposes only. AUSA Michael Pineault does not oppose this motion.

      Dated this 27th day of May, 2005 at Boston, Massachusetts.

                                /s/ Kevin Lawrence Barron
                                _____
                                Kevin Lawrence Barron BBO No. 550712
                                Counsel to Defendant Joshua T. Andujar
                                453 Washington Street - 5th Fl.
                                Boston, MA 02111-1325
                                Telephone No. 617-482-6368
                                Cellular No. 617-407-6837
                                Facsimile 617-517-7711
                                E-mail: k@lawyerbarron.com

ELECTRONIC FILING