UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

                                        Case Number: 1:05-cr-10104-1

v.

JOSHUA T. ANDUJAR,
      Defendant.

### AFFIDAVIT OF AMNERIS ANDUJAR IN SUPPORT OF MOTION FOR REVOCATION OF DETENTION ORDER

N O W  C O M E S , being sworn according to law, and deposes and says as follows:

1. My name is AMNERIS ANDUJAR and I am the mother of Joshua T. Andujar. I offer this affidavit in support of my son's motion for revocation or modification of the May 20, 2005 detention order. This affidavit is made upon personal knowledge, unless indicate otherwise.

2. I am a life long resident of Puerto Rico and am a senior legal secretary in the litigation division of the law firm of MacDonald, Valdez in San Juan. I have been with this employer full time for the last 30 years.

3. My son Joshua has always resided in the territorial United States. I know of no foreign contacts that would make him a risk of flight. He was born in Puerto Rico in 1961 and lived here most of his life until graduating from the

University of Puerto Rico School of Law in 1988. He thereafter worked in San Juan until 1990 when he entered the graduate School of Law of Georgetown University. After his LLM in that University, he came back to Puerto Rico and worked here until 1995 when he moved to Avon, Connecticut. He moved from Avon to Massachusetts wherein he has lived until present.

4. Aside from his stay in a Federal Correctional Institute in New York, my son has lived in the Worcester area ever since. I have no reason to believe he has lived anywhere else other than the places I mention above.

### DECLARATION

I, Amneris Figueroa, declare under penalty of perjury, pursuant to 28 USC, Section 1746, that the foregoing is true and correct.

Dated this 24th day of May, 2005, at San Juan, Puerto Rico.

_____
Amneris Figueroa

Kevin Lawrence Barron BBO No. 550712
Counsel for Joshua T. Andújar
453 Washington Street, 5th Floor
Boston, MA 02111-1325
Telephone No. (617)482-6368
Mobile No. (617)407-6837
E-mail: k@lawyerbarron.com

2