UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                    CRIMINAL CASE
V.                                                  NO. 05-10104 MLW

JOSHUA ANDUJAR
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On June 8, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. Supplemental discovery anticipated includes the government's materials relating to an earlier federal prosecution of the defendant;

4. There is no discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 18, 2005, through May 16, 2005 (28 days); May 16, 2005, through May 27, 2005 (11 days) and May 27, 2005, through June 8, 2005 (11 days), for a total of one fifty (50) days as of June 8, 2005. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of June 8, 2005;

6. Trial is not necessary. If a trial were to become necessary, the estimated duration of said trial would be five (5) to seven (7) days;

7. There are no other matters.

      IT IS HEREBY ORDERED THAT

      A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Final Status Conference** is scheduled at **2:00 p.m.** on **July 26, 2005,** in Courtroom 24, 7th floor.

                                    HONORABLE JOYCE LONDON ALEXANDER
                                    U.S. MAGISTRATE JUDGE

                                    By the Court:

June 30, 2005                          /S/ Rex Brown
Date                                    Courtroom Clerk
                                    (617) 748-9238