UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10104-MLW |
| v. ) | |
| ) | |
| JOSHUA T. ANDUJAR ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION
FOR REVOCATION OR MODIFICATION OF
MAGISTRATE'S MAY 20, 2005 DETENTION ORDER**

The United States opposes the defendant Joshua T. Andujar's ("Andujar's") motion, on substantially the same grounds set forth by the magistrate court in its May 20, 2005 Order on Detention.

The court ordered Andujar detained pursuant to 18 U.S.C. § 3142(f)(2)(A) (risk of flight) based on its findings and determination that:

1. Andujar previously was convicted, in May, 2001, on charges of the unlawful sale of documentary evidence of citizenship, in violation of 18 U.S.C. § 1427, and the unlawful sale of social security cards, in violation of 42 U.S.C. § 408(a)(7)(c). See United States v. Andujar, No. 00-1006-NG. Although initially released on conditions in that case, the court ultimately revoked Andujar's pre-trial release based on repeated violations involving cocaine use. Subsequent to his conviction, Andujar was sentenced to a period of imprisonment, followed by an extended period of supervised release.

2. While on supervised release from that earlier case, Andujar commenced the criminal conduct with which he is charged in the instant indictment. Specifically, the indictment

charges him with identity theft, in violation of 18 U.S.C. § 1028(a)(7), and with the submission of false claims for refunds to the Internal Revenue Service, in violation of 18 U.S.C. § 287. Certain of the false identities that Andujar is charged with having used to make false claims for refunds in this case are the same identities with which he was charged in the first federal case.

     3.     Because Andujar committed the offenses charged in this indictment while on supervised release for prior federal offenses, he is subject to an enhanced penalty of up to ten years imprisonment pursuant to 18 U.S.C. § 3147.

     4.     Based on all of the foregoing facts, the magistrate court ordered Andujar detained. Specifically, in light of: (a) Andujar's history of violating release conditions, including his violation of both pre-trial and post-incarceration conditions during his first federal prosecution; (b) the fact that both sets of charges pertain to the use/sale of false identity papers, which gives him access to some of the critical means/methods needed to ensure successful flight; and (c) the fact that he is facing enhanced penalties as a result of his conduct in committing the instant offense while on release from the first charges, ample support exists for the magistrate's determination that Andujar posed a risk of flight that could not be ameliorated by release conditions.

     5.     Nothing in the defendant's motion undercuts this determination. Andujar cannot dispute his repeated history of violating release conditions; he cannot dispute his access to the tools needed to construct a false identity for himself; and he cannot dispute the significantly greater incentive that he has for flight in this case, due to the enhanced penalties that he faces.

     For all of these reasons, the government requests that the defendant's motion be denied.

                                                    Respectfully submitted,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

By:

                                                     **/s/ Michael J. Pineault**
                                                    Michael J. Pineault
                                                    Assistant U.S. Attorney
                                                    U.S. Courthouse, Suite 9200
                                                    1 Courthouse Way
                                                    Boston, MA 02210

Date: July 11, 2005