UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. ___05 – 10104___

UNITED STATES OF AMERICA

v.

Joshua T. Andujer

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On ___7/26/05___ , parties appeared before this Court for a Final Status Conference. With regard
to the following issues, the parties have represented that:

1. Features of case that deserve special attention or modification of the standard schedule _____

_____ See #2 below _____

2. (a) Discovery status and pending motions _____

Defendant requests additional time to complete his review of the
government's documents. Defendant also seeks tax loss
information.

There is one pending motion before the district court (Motion for Release)

(b) If discovery is not complete, indicate if case will remain with the Magistrate Judge until discovery is complete

Yes. The parties request that the case remain with the
magistrate until the discovery referenced in #2 is
complete

3. Supplemental discovery anticipated _____

Consolidated tax loss records have been requested.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act __99 days are excludable,
51 pursuant to the Court's Report and Order on initial
status conference, and 48 since June 6, 2005 due to the
pendency of defendant's motion for release.

(b) Amount of time remaining under the Speedy Trial Act before trial must commence ___ 70 days ___

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act ___

5. (a) The defendant does / does not intend to raise a defense of insanity.
   (b) The defendant does / does not intend to raise a defense of public authority.

6. The Government has / has not requested notice of alibi by the defendant. If notice has been requested, the defendant has / has not timely responded.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

_____ a) motion for release is pending.

_____ No other motions are anticipated.

(b) Briefing schedule established _____

8. Need for schedule concerning any matter in the case other than trial _____

_____ N/A

9. Possibility of early resolution of case without trial _____

_____ Defense counsel states that a plea is likely.

10. Trial is / is not necessary. Estimated duration of trial

_____ 4 necessary, 5 days

11. Other matters _____ None.

2

_____
_____
_____
_____

IT IS HEREBY ORDERED THAT

_____
_____
_____
_____
_____
_____
_____

By the Court,

Date_____

_____
Deputy Clerk