UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 05-10104-MLW** |
| V. | |
| **JOSHUA T. ANDUJAR** | |
| Defendant(s) | |

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a MOTION HEARING on the defendant's MOTION TO REVOKE ORDER OF DETENTION on **SEPTEMBER 12, 2005** at 2:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

SARAH A. THORNTON
CLERK OF COURT

**August 25, 2005**           By:   /s/ Dennis O'Leary
       Date                                  Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                             [kntchrgcnf.]