UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10104

UNITED STATES OF AMERICA

v.

JOSHUA T. ANDUJAR

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On 09/13/05, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are/are not features of case that deserve special attention or modification of the standard schedule.

2. Discovery is/is not complete and there are/are no pending motions. If there are pending motions, then the pending motions include
   Defendant's Motion for Revocation of Detention Order is pending.

   The government has completed production of those discovery materials known to be in its possession that are required to be produced at this stage of the case.

3. Supplemental discovery anticipated
   Jencks and related pre-trial discovery pursuant to
   Local Rule 116.2 (B)(2).

4. (a) Total amount of time ordered excluded under the Speedy Trial Act __148 days are excludable.__
   (i) 51 days pursuant to the Court's Report and Order on Initial Status Conference, and:
   (b) Amount of time remaining under the Speedy Trial Act before trial must commence
   70 days
   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act
   None anticipated at present.

   *(a)(continued): (ii) 97 days due to the pendency of defendant's Motion for Revocation of Detention Order.

5. (a) The defendant does/does not intend to raise a defense of insanity.
   (b) The defendant does/does not intend to raise a defense of public authority.

6. The Government has/has not requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial
   A Motion for Revocation of Detention Order is pending.
   No other motions are anticipated.

1

(b) Briefing schedule established

   None needed.

8. Need for schedule concerning any matter in the case other than trial

   N/A

9. Possibility of early resolution of case without trial

   Defense counsel states that a plea is likely.

10. Trial is / is not necessary. Estimated duration of trial

   If necessary, 5 days.

11. Other matters    None at present.

   IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date_____

_____
Deputy Clerk