UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10104

| United States of America | Joshua Andujar |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Pineault | Kevin Barron |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 9/13/05 | Defendant, after inquiry by the court, agrees to unseal his submissions in total. Defendant offers the following conditions: (1) testing of medication levels (2) $30K cash bail and (3) electronic monitoring or a combination of the three. Court marks pre-trial services memos collectively as exhibit 1 of today's date. Court marks the pre-trial services report dated 4/27/05 as exhibit 2 of today's date. Court marks report re: defendant's criminal history as exhibit 3 of today's date. Defendant calls Techarine Andujar - witness takes the stand and is sworn. Court marks the defendant's PSR from CR00-10036-NG as exhibit 4 under seal. Court orders pre-trial services to interview the defendant's wife to see if she would be an appropriate custodian, and to inspect the home to see if it is suitable for electronic monitoring. PTS to report back by 12:00 on 9/15/2005. Parties to report back at 3:00 on Friday, 9/16/2005. Defendant shall also report back by 12:00 on 9/156/05 whether he wishes to maintain his motion. |