# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

September 15, 2005

Hon. Mark L. Wolf, USDJ
Attn.: Dennis O'Leary, Clerk
Office of the Clerk of the Courts
One Courthouse Way - 2nd Fl.
Boston, MA 02210

RE:   *US v. Andujar;*  1:05-cr-10104

Dear Judge Wolf:

Counsel submits this letter in compliance with your Honor's order on record of September 13 hearing that counsel report by noon today whether defendant wished to maintain his motion to obtain release on conditions.

 Counsel was instructed on September 13 to maintain the motion.  Mr. Andujar has given counsel no instruction, directly or indirectly, to withdraw defendant's pending motion.  At ten o'clock today, however, counsel received a call from Mr. Reilly at US Pretrial Services that there were circumstances making defendant's release on electronic monitoring more difficult.  Accordingly, counsel will drive to PCCF today to obtain further instructions.

Counsel will report by telephone to Mr. O'Leary and the parties directly after the meeting with Mr. Andujar.

Sincerely,

*Kevin L. Barron*

Kevin Barron
KB