# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

September 15, 2005

Dennis O'Leary, Esq.
Clerk to the Hon. ML Wolf, USDJ
Office of the Clerk of the Courts
One Courthouse Way - 2nd Fl.
Boston, MA 02210

RE:   *US v. Andujar;*  1:05-cr-10104

Dear Dennis:

I have conferred with Mr. Andujar at length today and I have reviewed the Pretrial Services report with Mr. Andujar's wife, Luz Perez. She is the proposed electronic monitoring custodian and I have given her the summary of the September 15, 2005 report by Vangie Cuascut, US Pretrial Services Officer. Please inform his Honor that the Andujars wish to go forward with the hearing tomorrow. **The defense will need a Spanish interpreter for the proceedings.**

Sincerely,

*Kevin L. Barron*

Kevin Barron
KB