UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10104

| United States of America | Joshua Andujar |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Pineault | Kevin Baron |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 9/16/05 | Defense counsel informs the court that the defendant's wife disputes portions of the pre-trial services report and would offer Ms. Perez as a witness. Interpreter sworn in. Witness takes the stand and is sworn. Defendant rests. Court makes the pre-trial services report exhibit number 5 of today's date. Court denies the defendant's motion to revoke the order of detention. Court continues the defendant's detention and remands the defendant back to the custody of the US Marshals. Court seeks to set a schedule regarding discovery. Defendant requests a further 60 days to review the discovery. Court excludes such time from the calculation for speedy trial purposes. Court orders the parties to complete discovery by 11/18/05. Parties shall, by 12/2/2005, confer and report back to the court whether the case will be resolved by way of trial or plea. Status conference set for 12/9/05 at 4:00PM. Court excludes time from 9/16/05 to 12/9/05 for STA purposes. |