UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
            v.                   )   Cr. No. 05-10104-MLW
                                 )
JOSHUA T. ANDUJAR                )
                                 )
                                 )

                              ORDER

WOLF, D.J.                                    September 16, 2005

     For the reasons described in detail in court on September 16, 2005, it is hereby ORDERED that:

     1. The defendant's Motion to Revoke Order of Detention is DENIED.

     2. Counsel for the United States and defendant Joshua Andujar shall confer and, by December 2, 2005, notify the court whether they expect the case to be litigated or resolved by a guilty plea.

     3. By December 2, 2005, the parties shall notify the court of any motions they intend to file.

     4. The parties shall appear on December 9, 2005, at 4:00 p.m., for a Rule 11 hearing or a scheduling conference.

     5. With the agreement of the parties, the time from today through December 9, 2005, is excluded under the Speedy Trial Act because the ends of justice served by the delay outweigh the best

interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. §3161(h)(8)(A).

                                          /s/ MARK L. WOLF
                                       UNITED STATES DISTRICT JUDGE