IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  05-10104-MLW |
| | ) | |
| JOSHUA T. ANDUJAR, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance for the United States in the above captioned matter.


Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ John A. Capin

By:

JOHN A. CAPIN
Assistant U.S. Attorney