

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts  02210

October 6, 2005

Kevin L. Barron, Esq.
453 Washington Street, No. 5B
Boston, MA 02111-1325

    Re:    <u>United States v. Joshua T. Andujar</u>
             Criminal No. 05-10104-MLW

Dear Kevin:

    I am writing in response to your discovery letter of today, which you addressed to Michael Pineault.  As Michael probably mentioned, I will be handling this case henceforth.  The government has no objection to having all documents previously produced for inspection photocopied at the defendant's expense.  Please call me to discuss payment of the photocopying costs.  With regard to your request for other discoverable or exculpatory material not produced under L.R. 116.1, the government is aware of no discoverable material not already identified in Michael Pineault's letter to you dated May 2, 2005.  Disclosure of additional exculpatory information not identified in that letter, if any, will be made in accordance with the timing provisions of L.R. 116.2.

    I look forward to working with you.

                                            Very truly yours,

                                            /s/ John A. Capin

                                            John A. Capin
                                            Assistant U.S. Attorney