UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

Case Number: 1:05-cr-10104-MLW

v.

JOSHUA T. ANDUJAR,
                Defendant.

MOTION TO ENLARGE TIME TO FILE REPORT OF
CONFERENCE OF COUNSEL AND TO CONTINUE HEARING

N O W   C O M E S Joshua T. Andujar, by his counsel, Kevin L. Barron, and moves for an order enlarging time to file a report of conference of counsel (due December 2) and continuing the December 9, 2005 Rule 11 hearing.  Counsel requests a an enlargement of time to file the report of Conference of counsel to Friday, January 20 and a continuance of the Rule 11 hearing to a time after January 27, 2006.

Counsel for the defendant and the government have conferred and AUSA Capin assents to this motion.

Mr. Andujar has not had a chance to review a copy of discovery.  Counsel for the defendant and the government have made efforts to produce the discovery to the defendant at PCCF.  Mr. Andujar must review the IRS reports of investigation and the exhibit files both for the purposes of preparing a partial or complete defense and for a calculation of relevant conduct, amount of loss under 2B1.1.  Counsel has been active in preparing the defense and other issues such as investigation and expert review are not complete.

The above make preparedness for a December 20, 2005 sentencing hearing unrealistic.  The relief sought is necessary to the preparation of the defense and would serve the administration of justice.  *Lee v. Kemna*, 534 U.S. 362 (2002)(failure to grant trial continuance to murder defendant seeking to obtain defense witnesses a violation of due process; *habeas* doctrine favoring application of state procedural rule inadequate to stop consideration of federal question).

CONCLUSION

For the reasons set forth above, defendant's motion should be granted.

Dated this 22nd day of April, 2005 at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron BBO No. 550712
Counsel to Defendant Andujar
453 Washington Street - 5th Fl.
Boston, MA 02111-1325
Telephone No. 617-482-6368
Cellular No. 617-407-6837
E-mail: k@lawyerbarron.com