```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSHUA T. ANDUJAR )<br>)<br>) | Cr. No. 05-10104-MLW |

### ORDER

WOLF, D.J.                                                   December 1, 2005

It is hereby ORDERED that:

1. The defendant's assented to Motion to Enlarge Time is ALLOWED. It is unlikely, however, that any further extension will be granted.

2. Counsel for the United States and defendant Joshua Andujar shall confer and, by January 20, 2006, notify the court whether they expect the case to be litigated or resolved by a guilty plea.

3. By January 20, 2006, the parties shall notify the court of any motions they intend to file.

4. The parties shall appear on January 30, 2006, at 2:45 p.m., for a Rule 11 hearing or a scheduling conference.

5. The time from today through January 30, 2006, is excluded under the Speedy Trial Act because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

                              /s/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE