UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
UNITED STATES OF AMERICA     )
                                       )
        v.                             )    CRIMINAL NO. 05-10104-MLW
                                       )
JOSHUA T. ANDUJAR,          )
                                       )
        Defendant            )
                                       )
_____)

**JOINT MOTION FOR ADDITIONAL TIME TO FILE STATUS REPORT,
TO CONTINUE RULE 11 HEARING OR SCHEDULING CONFERENCE,
AND TO EXCLUDE PERIOD OF CONTINUANCE UNDER SPEEDY TRIAL ACT**

       The parties to this action hereby jointly move for a four-week extension of time – until February 17, 2006 – to report to the Court whether this case will be resolved by a guilty plea and whether the parties intend to file any motions . In addition, the parties move to continue the Rule11 hearing or scheduling conference scheduled to be held on January 30, 2006 for approximately four weeks.[1] Finally, the parties move to exclude the period of the continuance from the period within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. As grounds, the parties state as follows:

       1.      In its Order of December 1, 2005, the Court ordered the parties to notify the Court, by January 20, 2006, whether this case will be litigated or resolved by a guilty plea. The Court further ordered the parties to notify the Court of any motions they intend to file. Finally, the Court further ordered the parties to appear on January 30, 2005 for a Rule 11 hearing or a

---

[1] If the Court allows this motion, the parties request that the hearing not be scheduled to take place during the week of February 20, 2006, as the undersigned assistant United States attorney has plans to travel out of state that week. In addition, defense counsel will be on trial before this Court (Young, J.) during the week of February 27, 2006.

scheduling conference.

2.  In the past few weeks, the defendant has received more than 4,000 pages of discovery concerning approximately 70 taxpayers whose returns are involved in the conduct alleged in this case. (Due to a delay in photocopying these documents during the December holidays, the defendant did not receive most of these documents until early this month.) The defendant and counsel have been reviewing these documents to calculate the loss alleged to be involved in this case. In addition, the parties have had extensive plea discussions, which have focused on the valuation of the loss caused by the conduct alleged in this case.

3.  The parties require additional time to complete plea discussions and the defendant requires additional time to decide whether to enter a plea of guilty or proceed to trial.

4.  Because the delay resulting from the requested extension of time will – by permitting the defendant adequate time to make an informed decision whether to plead guilty – serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial, the period of the delay is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| JOSHUA T. ANDUJAR | MICHAEL J. SULLIVAN |
| By his Attorney | United States Attorney |

/s/ Kevin L. Barron          By:     /s/ John A. Capin
_____          _____
KEVIN L. BARRON                  JOHN A. CAPIN
453 Washington Street            Assistant U.S. Attorney
Boston, MA 02111-1325            (617) 748-3264
(617) 482-6368