UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10104

| United States | Joshua Andujar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Kevin Baron |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 1/30/06 | Court goes over the status of the case with the parties. |
| | Court allows the motion for an extension of time and to exclude time (up to 3/9/06). |
| | Parties shall, by 2/28/06, confer and report as to the status of the case and notify the court at to any motions the intend to file.  Parties shall appear for a further conference on 3/9/06 at 3:00 PM for either a rule 11 hearing or a scheduling conference. |