UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-10104-MLW |
| ) | |
| JOSHUA T. ANDUJAR ) | |
| ) | |
| ) | |

ORDER

WOLF, D.J.                                                       January 30, 2006

For the reasons stated in court on January 30, 2006, it is hereby ORDERED that:

1. The defendant's assented to Motion to Enlarge Time is ALLOWED. It is unlikely, however, that any further extension will be granted.

2. Counsel for the United States and defendant Joshua Andujar shall confer and, by February 28, 2006, notify the court whether they expect the case to be litigated or resolved by a guilty plea.

3. By February 28, 2006, the parties shall notify the court of any motions they intend to file.

4. The parties shall appear on March 9, 2006, at 3:00 p.m., for a Rule 11 hearing or a scheduling conference.

5. The time from today through March 9, 2006, is excluded under the Speedy Trial Act because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE