UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
         v.                         )    CRIMINAL NO. 05-10104-MLW
                                    )
JOSHUA T. ANDUJAR,                  )
                                    )
         Defendant                  )
_____)

## JOINT STATUS REPORT

In accordance with the Court's Order of January 30, 2006, the United States of America and the defendant, Joshua T. Andujar, hereby report to the Court on the status of this action. It is the defendant's present intention to enter a plea of guilty to most of the counts of the indictment. The Court previously scheduled a Rule 11 hearing to be held on March 9, 2006. The parties expect to enter into a plea agreement that provides for the dismissal of the remaining counts of the indictment upon entry of judgment. The plea agreement will specify that the United States reserves its right to prove the conduct underlying the counts to be dismissed as relevant conduct for sentencing purposes.

Respectfully submitted,

| | |
|---|---|
| JOSHUA T. ANDUJAR | MICHAEL J. SULLIVAN |
| By his Attorney | United States Attorney |
| | |
| /s/ Kevin L. Baron | By:   /s/ John A. Capin |
| _____ | _____ |
| KEVIN L. BARRON | JOHN A. CAPIN |
| 453 Washington Street | Assistant U.S. Attorney |
| Boston, MA 02111 | (617) 748-3264 |
| (617) 482-6368 | |