UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10104

| United States of America | Joshua Andujar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Kevin Barron |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Change of plea |
|---|---|
| 3/9/06 | Court marks the parties plea agreement dated March 6, 2006 marked as exhibit 1 of today's date |
| | Defendant takes the stand and is sworn. |
| | Plea colloquy started |
| | Government states the maximum penalty with regard to the restitution portion of the penalty |
| | Government states the evidence it would have presented had the case gone to trial |
| | Court raises issue regarding maximum penalty - court reserves the issue for the sentencing phase |
| | Court recesses to give the defendant additional time to discuss the enhanced penalty with counsel |
| | Court to resume at 3:30 this afternoon.  Parties report that they have resolved the issue regarding the section 1347 enhancement. |
| | Defendant pleads guilty to counts 1, 2, 9-17, 20-23. |
| | Court accepts the defendants pleas and directs the clerk to enter the same |
| | Defendant remanded to the custody of the United States Marshals |
| | Sentencing set for June 8, 2006 at 3:00 PM.  Procedural Order to Issue |