UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | CRIMINAL NO.  05-10104-MLW |
|  | ) | |
| JOSHUA T. ANDUJAR, | ) | |
|  | ) | |
| Defendant | ) | |
| _____) | | |

**JOINT MOTION TO CONTINUE SENTENCING HEARING FOR TWO WEEKS**

The parties to this action hereby jointly move the Court to continue the sentencing hearing in this matter – currently scheduled to be held on June 8, 2006 – for two weeks.  As grounds, the parties state that the government, having conferred with defense counsel and the Probation Department, is gathering additional information relevant to the calculation of loss in this case and, therefore, necessary for the Probation Department's calculation of the defendant's GSR.  The government expects to be able to provide such information to the Probation Department by approximately May 11, 2006.  A continuance of the sentencing hearing is necessary to permit adequate time, after the Probation Department receives the government's additional submission,  for the preparation of the initial and final pre-sentence reports.

Wherefore, the parties request that the Court continue the sentencing hearing in this

matter for two weeks.

Respectfully submitted,

| | |
|---|---|
| JOSHUA T. ANDUJAR | MICHAEL J. SULLIVAN |
| By his Attorney | United States Attorney |
| | |
| /s/ Kevin L. Barron | By: /s/ John A. Capin |
| _____ | _____ |
| KEVIN L. BARRON | JOHN A. CAPIN |
| 453 Washington Street | Assistant U.S. Attorney |
| Boston, MA 02111-1325 | (617) 748-3264 |
| (617) 482-6368 | |