UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

Case Number: 1:05-cr-10104-**MLW**

v.

JOSHUA T. ANDUJAR,
     Defendant.

MOTION TO SEAL

N OW  C O M E S  Kevin L. Barron, CJA counsel to defendant, and moves for an order impounding certain *ex parte* motions for additional funds and the release of records in the possession of US Probation.  Counsel moves on the grounds that said motions contain information that may refer to attorney work product and privileged communications and privileged medical information.  The Criminal Justice Act and the law of this Circuit require that these motions be filed *ex parte*.  See, 18 U.S.C. § 3006A(e)(1) and *United States v. Abreu*, 202 F.3d 386 (1 Cir. 2000)(availability of funds in aid of sentencing as well as for competency issues; vacating and remanding for District Court's refusal to hear a confidential motion *ex parte.*).

     As L.R. 7.2(d) requires, counsel files this motion before filing any *ex parte* motions.  Counsel believes there is good cause that the impoundment order should not be lifted.  L.R. 7.2(a).  To the extent that records being released by US Probation are connected with any hearing, they shall be disclosed to the United States to the extent they will not be summarized and otherwise available to the USAO.  In accordance with L.R. 7.2 (c), there should be no cut-off date for the

1

order sought in this motion; once the judgment of this action becomes final, material not specifically released from impoundment should be returned to counsel for storage and destruction. This request should not be construed as a blanket order of impoundment. L.R. 7.2(e). It is intended to apply only to anticipated *ex parte* motions for funds of the type ordinary sought for indigent persons proceeding under the CJA. Counsel has already prepared motions for the retention of said services and needs only that this motion be granted to proceed in filing them.

Dated this 15th day of June, 2006 at Boston, Massachusetts.

/s./*Kevin L. Barron*
Kevin Lawrence Barron 550712
Attorney for Joshua T. Andujar
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com

CERTIFICATE

Counsel certifies that today, June 15, 2006, he has caused AUSA John Capin, Esq., to be served with a true copy of this motion by filing the same through CM/ECF. No other party requires services by any other means.

/s./*Kevin L. Barron*
Kevin Lawrence Barron 550712