UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                    **CRIMINAL CASE**

                                                              **NO.** <u>**05-10104-MLW**</u>
                    V.

<u>**JOSHUA ANDUJAR**</u>
            **Defendant(s)**

## NOTICE OF HEARING

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on <u>AUGUST 7, 2006</u> at 3:00 P.M. before Chief Judge Wolf in Courtroom #<u> 10 </u> on the <u>5th</u> floor.  If the parties would like to file any motions, memorandum or other pleadings for the court to consider at sentencing they shall be filed by JULY 24, 2006.  Any responses shall be filed by JULY 31, 2006.

                                                              SARAH A. THORNTON
                                                              CLERK OF COURT

<u>**July 7, 2006**</u>                              **By:**   /s/ Dennis O'Leary
       **Date**                                         **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                              [ntchrgcnf.]
                                                              [kntchrgcnf.]