UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
          v.                        )    CRIMINAL NO. 05-10104-MLW
                                    )
JOSHUA T. ANDUJAR,                  )
                                    )
          Defendant                 )
_____)

**SECOND JOINT MOTION TO CONTINUE SENTENCING HEARING FOR APPROXIMATELY TWO WEEKS**

     The parties to this action hereby jointly move the Court to continue the sentencing hearing in this matter – currently scheduled to be held on August 7, 2006 – for approximately two weeks. Based on availability of counsel, the parties request that the hearing be held on August 23, August 24 (in the afternoon), or August 25, 2006, or at a time otherwise convenient to the Court. As grounds, the parties state the following:

     1.    The sentencing hearing is currently scheduled to be held on August 7, 2006 following one continuance. The Court previously continued the sentencing hearing to permit the government time to provide the Probation Department additional information relevant to the calculation of loss.

     2.    By oversight, the government has not yet provided the Probation Department the requested information, but intends to do so immediately. As a result of this delay, the Probation Department has not disclosed the initial PSR which, pursuant to the Court's Procedural Order Re: Sentencing Hearing (Docket Entry No. 41), must be disclosed to the parties five weeks prior to the sentencing hearing.

     3.    The undersigned Assistant U.S. Attorney had conferred with the Probation Department and is informed that the initial PSR will be released during the week of July 17,

2006. Thus, conducting the hearing during the week of August 21, 2006, will permit the parties to adhere to the timing requirements of the Court's Order.

Wherefore, the parties request that the Court continue the sentencing hearing in this matter until August 23, August 24 (in the afternoon), or August 25, 2006, or at a time otherwise convenient to the Court.

Respectfully submitted,

| | |
|---|---|
| JOSHUA T. ANDUJAR<br>By his Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Kevin L. Barron<br>_____<br>KEVIN L. BARRON<br>453 Washington Street<br>Boston, MA 02111-1325<br>(617) 482-6368 | By:  /s/ John A. Capin<br>_____<br>JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |