UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                        Case N: 1:05-cr-10104-MLW

v.

JOSHUA T. ANDUJAR,
          Defendant.

## MOTION TO SEAL

N OW  C O M E S  Kevin L. Barron, CJA counsel to defendant, and moves for an order impounding certain exhibits, an expert medical report, any medical records used as exhibits at hearing and defendant's sentencing memorandum.  Counsel moves on the grounds that said motions and memorandum contain medical information and sensitive personal data such as social security numbers, dates of birth.  As L.R. 7.2(d) requires, counsel files this motion before filing confidential and sensitive information.  Counsel believes there is good cause that the impoundment order should not be lifted.  Any information contained in the Court's Statement of Reasons will not be as sensitive or particular as the expert report.  L.R. 7.2(a).  Counsel has provided copies of the said report to the AUSA and USPO.  In accordance with L.R. 7.2 (c), there should be no

1

cut-off date for the order sought in this motion; once the judgment of this action becomes final, material not specifically released from impoundment should be returned to counsel for storage and destruction. This request should not be construed as a blanket order of impoundment. L.R. 7.2(e). It is intended to apply only to reports and exhibits to be used at sentencing to describe defendant's medical condition.

Dated this 9th day of August, 2006 at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712
Attorney for Joshua T. Andujar
25 Channel Center Street 408
Boston, MA 02210-3416
Tel. No. 617.737.1555
Mobile  617.407.6837
Fax No. 617.517.7711
kevin.barron@mac.com

CERTIFICATE

Counsel certifies that today, August 9, 2006, he has caused AUSA John Capin, Esq., to be served with a true copy of this motion by filing the same through CM/ECF. No other party requires services by other means.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712