UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

Case Number: 1:05-cr-10104-**MLW**

v.

JOSHUA T. ANDUJAR,
    Defendant.

NOTICE OF CHANGE OF ADDRESS

Please take notice that counsel's address has changed as indicated in the signature line of this filing.

Dated this 9th day of August, 2006 at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin L. Barron 550712
Attorney for Defendant
JOSHUA T. ANDUJAR
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
Tel. No. 617.737.1555
Mobile  617.407.6837
Fax No. 617.517.7711
kevin.barron@mac.com

CERTIFICATE

Counsel certifies he has, on the evening of August 9, 2005, served this notice upon AUSA John Capin, Esq., by filing through the CM/ECF of this District and that no party requires service by mail or other means.

/s./ *Kevin L. Barron*
Kevin L. Barron 550712

1