UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

                                  Case Number: 1:05-cr-10104-**MLW**

    v.

JOSHUA T. ANDUJAR,
        Defendant.

MOTION FOR DOWNWARD DEPARTURE
DIMINISHED CAPACITY USSG §5K2.13

Defendant, Joshua T. Andujar, by his counsel, moves for a departure from his Guidelines Sentence Range on the grounds that, at the time of the offenses, he suffered from

> a significantly reduced mental capacity… [*and*] (1) the significantly reduced mental capacity was [*not*] caused by the voluntary use of drugs or other intoxicants; (2) the facts and circumstances of the defendant's offense [*do not*] indicate a need to protect the public because the offense involved actual violence or a serious threat of violence; or (3) the defendant's criminal history indicates a need to incarcerate the defendant to protect the public…. [T]he extent of the departure should reflect the extent to which the reduced mental capacity contributed to the commission of the offense. USSG §5K2.13.

Defendant bases this motion on his medical history and the neuropsychological evaluation of Dr. Paul Spiers (see, pp. 9 - 11). Reference is made to defendant's Sentencing Memorandum offered in support hereof.

Dated this 9th day of August, 2006 at Boston, Massachusetts.

/s./ *Kevin L. Barron*
Kevin L. Barron 550712
Attorney for Defendant
JOSHUA T. ANDUJAR
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
Tel. No. 617.737.1555
Mobile  617.407.6837
Fax No. 617.517.7711
kevin.barron@mac.com

CERTIFICATE

Counsel certifies he has, on the evening of August 9, 2005, served this motion upon AUSA John Capin, Esq., by filing through the CM/ECF of this District and that no party requires service by mail or other means.

/s./ *Kevin L. Barron*
Kevin L. Barron 550712