UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                          Case Number: 1:05-cr-10104-**MLW**

    v.

JOSHUA T. ANDUJAR,
        Defendant.

DEFENDANT'S REQUEST FOR HEARING

Defendant requests an opportunity to take the testimony of defendant's expert Paul Spiers, Ph.D., at the August 24, 2006 hearing in this matter. Defendant offers said testimony in support of his motion for downward departure based on diminished capacity.

Dated this 17th day of August, 2006 at Boston, Massachusetts.

*Kevin L. Barron*
Kevin L. Barron 550712
Attorney for Defendant
Joshua T. Andujar
25 CHANNEL CNTR ST 408
BOSTON MA 02210-3416
Tel. No. 617.737.1555
Mobile 617.407.6837
Fax No. 617.517.7711
kevin.barron@mac.com

CERTIFICATE

Counsel certifies he has, on August 17, 2005, served this request for hearing upon AUSA John Capin, Esq., through the CM/ECF of this District and that no party requires service by mail or other means.

*Kevin L. Barron*
Kevin L. Barron