UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO.  05-10104-MLW |
| JOSHUA T. ANDUJAR, | ) ) | |
| Defendant | ) ) | |

**GOVERNMENT'S REQUEST FOR EVIDENTIARY HEARING AND MOTION FOR LEAVE TO FILE AFFIDAVIT SUMMARIZING LOSS AMOUNT**

As stated in the Government's Sentencing Memorandum (Docket Entry No. 52), the government seeks to present evidence at the sentencing hearing in order to establish the appropriate loss amount under the Guidelines.  The government's primary witness will be IRS Special Agent Thomas E. Demeo, Jr.  To facilitate an efficient sentencing hearing and assist the Court in understanding the evidence concerning loss, the government seeks leave to file an affidavit by Special Agent Demeo summarizing his anticipated  testimony.  The government proposes to submit such affidavit no fewer than three days prior to the sentencing hearing.

Wherefore, the government requests leave to present evidence at the sentencing hearing in this case and leave to submit, by no later than August 21, 2006, an affidavit summarizing the government's evidence concerning loss.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ John A. Capin

    JOHN A. CAPIN
    Assistant U.S. Attorney