UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10104

| United States of America | Joshua Andujar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Kevin Barron |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 8/23/06 | Defense counsel advises the court it may withdraw several objections to the presentence report and wanted to advise the court in order to have the sentencing hearing scheduled for tomorrow morning. Neither party anticipates a need to have the government loss agent testify tomorrow. Government will have the agent present just in case his presence is required. Court orders the defendant's doctor to be present in case his testimony is required as well. Court seeks clarification on other points in the PSR as well. Defense counsel confirms that he will withdraw the objections to the "category 2" losses. Court also raises the section 3147 enhancements and listens to the parties positions on it. |