UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10104

| United States of America | Joshua Andujar |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Kevin Barron |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER O'Hara

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 8/24/06 | Court goes over the filings it has received in connection with today's sentencing. Court gives the defendant an opportunity to read his attorney's objections to the pre-sentence report. Court makes the necessary rulings on the parties objections to the pre-sentence report. Court marks affidavit of agent Demeo as exhibit 1 of today's date. Agent Thomas Demeo takes the stand and is sworn. Court denies the defendant's objections concerning the category 2 losses and category 3 losses. Court makes all other necessary rulings on the objections. Court calculates the guidelines as follows: TOL 18, CH IV, 41 -51 months custody, 24-36 months supervised release, $17,639.00 restitution, $1,500.00 special assessment fee. Court takes a brief recess and resumes with the defendant's argument on diminished capacity. Dr. Paul Spiers called by the defendant witness takes the stand and is sworn. Court marks the report of Dr. Paul Spiers as exhibit 2 of today's date. Court recesses for lunch. Court resumes and asks the parties if there is any other evidence they wish to present. Neither side does so. Defendant addresses the court. Government recommends a sentence at the high end of the guideline range. Defendant argues for a sentence of 24 months custody followed by the maximum period of supervised release. Formal sentencing: Court denies the defendant's motion for a downward departure or in the alternative for a variance and sentences the defendant to 51 months custody followed by 36 months supervised release on the standard conditions plus the additional conditions outlined in court. Court imposes a $6,000 fine, $17,639 in restitution to the IRS and $1500 special assessment fee. Defendant advised of his right to appeal (other than those waived in the plea agreement) and to counsel. Defendant asks for a judicial recommendation to a FMC facility to accommodate his sleep apnea. Court will recommend that he be placed in a facility equipped to deal with his mental health, substance abuse and medical needs. Defendant also seeks recommendation to 500 hour bop drug treatment program. Court grants the request. |